UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WILSON,<br>Plaintiff | ) )<br>)<br>) | CIVIL ACTION NO. 4:20-CV-944 |
| v. | )<br>) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>Defendant | )<br>) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1) The final decision of the Commissioner denying Plaintiff's applications for benefits is AFFIRMED.

(2) Final Judgment will be issued in favor of the Commissioner of Social Security by separate order.

(3) The Clerk of Court is DIRECTED to close this case.

Date: March 7, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge